# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DONNELL WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-216-IPJ-RRA |
| | ) | |
| KIM THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on October 31, 2012, recommending that this action be dismissed due to plaintiff's failure to state a claim upon which relief can be granted and for seeking monetary relief against defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  The court allowed the plaintiff two separate extensions of time in which to file written objections, but no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed without prejudice due to plaintiff's failure to state a claim upon which

relief can be granted and for seeking monetary relief against defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

**DATED**, this 2nd day of January, 2013.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE