## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| TERRY DONNELL WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:12-cv-216-IPJ-RRA |
| ) | |
| KIM THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 31, 2012, recommending that this action be dismissed due to plaintiff's failure to state a claim upon which relief can be granted and for seeking monetary relief against defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2). The court allowed the plaintiff two separate extensions of time in which to file written objections, but no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed without prejudice due to plaintiff's failure to state a claim upon which

relief can be granted and for seeking monetary relief against defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  A Final Judgment will be entered.

**DATED**, this 2nd day of January, 2013.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE